UNITED STATES of America,
Appellee,

v.

Shawn M. SIMMER, Appellant.

No. 03–2748.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 21, 2003.

Decided Dec. 1, 2003.

K. Michael Warner, U.S. Attorney's Office, Kansas City, MO, for Plaintiff–Appellee.

Shawn M. Simmer, pro se, Greenville, IL, for Defendant–Appellant.

Before BYE, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Shawn M. Simmer appeals the sentence the district court * imposed after Simmer

* The Honorable Nanette K. Laughrey, United States District Judge for the Western District

pleaded guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a). Simmer's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), contesting a 3–level increase under U.S.S.G. § 2B3.1(b)(2)(E) for brandishing or possessing a dangerous weapon. The record shows Simmer possessed a pellet gun or BB gun when he robbed the bank, and the teller believed Simmer was carrying a gun; thus, we conclude the district court properly applied the increase. *See* U.S.S.G. § 1B1.1, comment. (n.1(d)(ii)). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

We affirm the district court and grant counsel's motion to withdraw.